IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR499-133
ERIC BERNARD HICKS, )
)
Defendant. )
)

**ORDER**

Before the Court is Defendant Hick's "Notice in the Nature of a Demand for Return of Seized Property." (Doc. 737.) Defendant requests that the Government return $6,000 in U.S. currency, one gold ring, and one wedding band. The Government has filed a response asserting that it is not in possession of the property. (Doc. 738.) After careful consideration, the Government is **DIRECTED** to **SUPPLEMENT** its response to Defendant's Motion by providing the Court with evidence supporting the Government's assertion. Accordingly, the Government shall have **twenty (20) days** from the date of this Order to file its supplemental response.

Based on Defendant's Motion, he claims that the Government seized $6,000 in U.S. currency, one gold ring, and

one wedding band. In response, the Government contends that it is not in possession of Defendant's property.[1]

Federal Rule of Criminal Procedure 41(g) allows for an individual to petition for the return of seized property "on the ground that such person is entitled to lawful possession of the property." United States v. Eubanks, 169 F.3d 672, 674 (11th Cir. 1999). Rule 41(g) is not applicable where the Government has retained the property pursuant to a valid civil forfeiture. Id.

The Government concedes that it never instituted any forfeiture proceedings against any of Defendant's property in this case. Rather, the Government asserts that it is not in possession of these items. However, the Government must provide some documentation to support its contention, such as a verified inventory of items seized from Defendant at the time of his arrest. See United States v. Potes Ramirez, 260 F.3d 1310, 1314 (11th Cir. 2004). The Government is unable to avoid accounting for Defendant's property by simply asserting that they do not have it. See id. Without documentation supporting the Government's assertion, the Court is unable to rule on the merits of Defendant's Motion.

---

[1] Defendant does state that the Government returned $1,600 of the $6,000. Therefore, Defendant seems to only be requesting that the Government return the additional $4,400.

2

Accordingly, the Government is **DIRECTED** to **SUPPLEMENT** its response to Defendant's Motion by providing documentary evidence to support its assertion. The Government shall have **twenty (20) days** from the date of this Order to file its supplemental response.

SO ORDERED this 23rd day of January, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA