IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC BERNARD HICKS,  )
  )
    Movant,  )
  )
v.  ) CASE NO. CV413-242
  ) CR499-133
UNITED STATES OF AMERICA,  )
  )
    Respondent.  )
  )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 4). After a careful de novo review of the record, the Court finds Movant's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Movant's § 2255 motion is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA